IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  02:  04cr212 |
| | ) |
| MARTHA BELL and ATRIUM I NURSING AND REHABILITATION CENTER | ) ) |

## ORDER OF COURT

AND NOW, this 5th day of December, 2005, in light of the recent Addendum to the Presentence Investigation Report prepared by the Probation office, the parties shall file any responses/ objections thereto on or before **December 19, 2005**. The parties, if they so desire, may file responses to each other's respective positions on or before **December 29, 2005.**

The Court is cognizant that the determination of the amount of loss in this case, if any, could greatly impact the guideline calculations. Therefore, the Court encourages Defendants to file a position paper specifically on this issue.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc:   Thomas R. Ceraso, Esquire
      Email: lawyertrc@aol.com

      Alexander H. Lindsay, Jr., Esquire
      Email: Michele@lindsaylawfirm.com

      Leo M. Dillon, Esquire
      Email: Leo.Dillon@usdoj.gov